The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JESUS CRISTERNA LUCAS,<br><br>Defendant. | NO. CR25-137 JLR<br><br>SUPERSEDING INFORMATION |

The United States Attorney charges that:

## COUNT 1

### (Distribution of a Controlled Substance)

On or about November 26, 2024, in Snohomish County, within the Western District of Washington, JESUS CRISTERNA LUCAS did knowingly and intentionally distribute a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

It is further alleged that this offense involved 40 grams of more of a mixture or substance containing a detectable amount of fentanyl.

Superseding Information - 1
*United States v. Jesus Cristerna Lucas*, CR25-137 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about July 2, 2025, in King County, within the Western District of Washington, JESUS CRISTERNA LUCAS, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger AR-556 semi-automatic rifle, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, JESUS CRISTERNA LUCAS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 2, JESUS CRISTERNA LUCAS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition used or involved in the offense, including, but not limited to, one Ruger AR-556 semi-automatic rifle and any associated ammunition seized from Defendant on or July 2, 2025.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

Superseding Information - 2
*United States v. Jesus Cristerna Lucas*, CR25-137 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or,

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this ___16th___ day of ___April_____, 2026.

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

_____ for
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
Assistant United States Attorney

Superseding Information - 3
*United States v. Jesus Cristerna Lucas*, CR25-137 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970